FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 01, 2021**

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

MIKHAIL YURIY AGEYEV,

　　　　　　　　Movant,

　　-vs-

UNITED STATES OF AMERICA,

　　　　　　　　Respondent.

No.　2:18-CR-0031-WFN-1

ORDER ON § 2255 MOTION

Before the Court is Movant's Writ of Habeas Corpus 28 U.S.C. §2254 / 28 U.S.C. § 2255. ECF No. 239. The Motion is submitted by Mr. Ageyev, who is appearing *pro se* in these proceedings. Mr. Ageyev filed a motion challenging his guilty plea and arguing ineffective assistance of counsel. Due to the form of the motion, the Court invited Mr. Ageyev to re-submit his motion making clear the specifics of his claims. The Court set a deadline that has long since elapsed. Mr. Ageyev has not availed himself of the opportunity to amend his Motion. The Court has reviewed the file and Movant's Motion and is fully informed. Accordingly,

**IT IS ORDERED** that Movant's Writ of Habeas Corpus 28 U.S.C. §2254 / 28 U.S.C. § 2255, filed February 28, 2021, **ECF No. 239**, is **DENIED AS MOOT**.

The District Court Executive is directed to file this Order, provide copies to counsel and *pro se* Movant; and **CLOSE** the corresponding civil file, 2:20-CV-0084-WFN.

**DATED** this 1st day of June, 2021.

_____

WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

05-26-21

ORDER ON § 2255 MOTION